Salah Khatib, Esq. (SBN 330359)
Abusharar and Associates
501 N. Brookhurst St. #202
Anaheim, CA 92801
Tel: 714-535-5600
Fax: 714-535-5605
Email: associate2@abushararlaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Khalil Burhan Awad,** | Case No.: |
| Plaintiff, | |
| vs. | COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS |
| **United States Department of Homeland Security; United States Citizenship and Immigration Services; Los Angeles Asylum Office; David Radel,** Director of the Los Angeles Asylum Office; **Alejandro Mayorkas,** Secretary, Department of Homeland Security; **Ur M. Jaddou,** Director, U.S. Citizenship and Immigration Services; **Ted H. Kim,** Associate Director of Refugee, Asylum, and International Operations; **Matthew D. Emrich,** Associate Director of USCIS Fraud Detection and National Security Directorate; **Christopher A. Wray,** Director of Federal Bureau of Investigations | |
| Defendants. | |

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 1

**INTRODUCTION**

1.  This action is brought by Plaintiff Khalil Burhan Awad, by and through his attorney, to request issuance of a writ of mandamus or in the nature of mandamus and/or to compel under the Administrative Procedure Act ("APA") ordering Defendants and those acting under them to schedule an interview for an I-589 Application for Asylum and for Withholding of Removal.

2.  On September 3, 2015, Plaintiff Khalil Burhan Awad submitted an I-589 Application for Asylum and Withholding of Removal.   The case was received and processed by the Defendant Los Angeles Asylum Office.   (**Exhibit A- I-589 Application for Asylum and Withholding of Removal**).

3.  On September 5, 2015, Plaintiff was instructed that he had to appear at the local Application Support Center between September 8, 2015 and September 22, 2015 to have his biometric information captured.    Plaintiff did present himself at the designated location between the designated dates and their biometric information was successfully captured. (**Exhibit B – Fingerprint Notification**).

4.  Since Plaintiff's case was received by Defendant Los Angeles Asylum Office, he has received absolutely no communications whatsoever from Defendants about when the asylum cased will be scheduled for an interview.

5.  Defendants have violated the Administrative Procedures Act ("APA") by failing to schedule Plaintiff's asylum application for an interview which has been pending now for over six years.  Plaintiff seeks to compel Defendants, through a writ of mandamus, to schedule the asylum interview for the pending I-589 Application for Asylum and Withholding of Removal.

**PARTIES**

6.   Plaintiff KHALIL BURHAN AWAD is a citizen of Syria and filed his I-589 Application for Asylum and Withholding of Removal on September 3, 2015.

7.   Defendant UNITED STATES DEPARTMENT OF HOMELAND SECURITY (hereinafter "DHS") is an agency of the United States government involved in the acts challenged, employs the officers named as defendants, and includes the U.S. Citizenship and Immigration Services and the Los Angeles Asylum Office, and officers named as defendants in this complaint.

8.   Defendant UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES (hereinafter "USCIS") is an agency of the United States government under the DHS, overseeing the Los Angeles Asylum Office and officers named as defendants in this Complaint.

9.   Defendant LOS ANGELES ASYLUM OFFICE (hereinafter "Los Angeles Asylum Office") is an office within USCIS and the federal agency with direct authority and responsibility to adjudicate Plaintiffs' asylum application.

10. Defendant DAVID RADEL (hereinafter "Director Radel") is the director of the Los Angeles Asylum office.  This suit is brought against Director Radel in his official capacity, as he is charged overseeing the adjudication of the asylum applications at the Los Angeles Asylum Office in a timely manner, and ensuring the efficiency of the officers employed.

11. Defendant ALEJANDRO MAYORKAS (hereinafter "Secretary Mayorkas") is the Secretary of the Department of Homeland Security.  This suit is brought against Secretary Mayorkas in his official capacity, as he is charged with the administration and enforcement of all

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 3

immigration and citizenship laws that are bound in the powers, duties, and functions of the Department of Homeland Security.

12. Defendant UR M. JADDOU (hereinafter "Director Jaddou") is the Director of USCIS, the Agency charged with adjudicating Plaintiff's asylum application.  This suit is brought against Director Jaddou in his official capacity, as she is charged with oversight, administration, and execution of immigration laws of the United States.

13. Defendant TED H. KIM (hereinafter "Associate Director Higgins") is the Associate Director of Refugee, Asylum, and International Operations.  This suit is brought against Associate Director Kim in his official capacity, as he is charged with supervision over all asylum offices, including the Arlington Office, and requires some applications to be forwarded to headquarters before final adjudication, and may, upon information and belief, have ordered that Plaintiff's case be forwarded to his office for its review.

14.  Defendant MATTHEW D. EMRICH (hereinafter "Associate Director Emrich") is the Associate Director of USCIS Fraud Detection and National Security Directorate.  This suit is brought against Associate Director Emrich in his official capacity, as he supervises all USCIS staff who review asylum applications to ensure that immigration benefits are not granted to individuals who pose a threat to national security or public safety, or who seek to defraud the immigration system.  Certain applications must be reviewed by the Fraud Detection and National Security Directorate before their final adjudication.  Upon information and belief, USCIS has not adjudicated Plaintiffs' asylum application because the Fraud Detection and National Security Directorate has never completed its review.

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 4

15. Defendant CHRISTOPHER A. WRAY (hereinafter "Director Wray") is the Director of the Federal Bureau of Investigations. This suit is brought against Director Wray in his official capacity, as he is responsible for overseeing the background checks involved with immigration matters.

## **JURISDICTION**

16. The Administrative Procedure Act recognizes a right of judicial review for any person "suffering legal wrong because of an agency action or aggrieved or adversely affected by such action within the meaning of any relevant statutes." 5 U.S.C. § 702. Plaintiff suffered a legal wrong and continues to suffer because of the Defendants' failure to act upon the pending Asylum application for indefinite periods of time.

17. This Court has jurisdiction over the present action pursuant to 8 C.F.R. § 204, Immigration & Nationality Act §203 (b)(1)(C); 28 U.S.C. § 1131; 28 U.S.C. §1361, the Mandamus Act; 28 U.S.C. §2201, the Declaratory Judgment Act; and 5 U.S.C. §701-706, the Administrative Procedures Act. Costs and attorney fees will be sought pursuant to the Equal Access to Justice Act, 5 U.S.C. §504 and 28 U.S.C. §2412(d), et seq. Relief is requested pursuant to said statutes.

18. The APA also provides pursuant to 5 U.S.C. § 706(1) that courts "shall compel agency action unlawfully withheld." Courts have held that this provision eliminates court discretion to grant relief once an agency has violated a statutory deadline. *See Biodiversity Legal Foundation v. Badgley,* 309 F.3d 1166, 1178 (9th Cir. 2002) (noting that when "Congress has specifically provided a deadline for performance, … no balancing of factors is required or permitted."

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 5

1

## **VENUE**

2

19. Venue is proper in this Court, pursuant to 28 U.S.C. § 1391(e), which provides that in a

3

4

civil action in which each defendant is an officer or employee of the United States or any agency

5

thereof acting in his or her official capacity, or under the color of legal authority, or any agency

6

of the United States, the action may be brought in any judicial district in which a plaintiff

7

8

resides, so long as no real property is involved in the action.  Plaintiff resides in Carson,

9

California, which is located in the Central District of California.  No real property is involved in

10

this action.  Therefore, venue is proper in this Court.

11

## **EXHAUSTION OF REMEDIES**

12

**20.** Plaintiff has no administrative remedies.  Since Plaintiff Khalil Burhan Awad submitted

13

14

his I-589 Application for Asylum and Withholding of Removal, Plaintiff has received no

15

correspondence or communications whatsoever from Defendant USCIS nor Defendant Los

16

Angeles Asylum Office about how much longer he will have to wait for the pending asylum

17

application to be called for an interview.   There are no administrative remedies for neglect of

18

duty.

19

## **CAUSE OF ACTION**

20

21

21. Pursuant to 8 U.S.C. §1158, Plaintiff Khalil Burhan Awad filed an Application for

22

Asylum and Withholding of Removal on September 3, 2015.   Since he submitted his I-589

23

Application for Asylum and Withholding of Removal, he has received no further communication

24

25

or information from Defendants about when his asylum interview will be scheduled.

26

27

28

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR A WRIT IN THE NATURE OF
IMMIGRATION MANDAMUS - 6

22. Under 28 U.S.C. § 1361, the district courts shall have original jurisdiction of any action in the nature of a mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff.

23. Under the Administrative Procedures Act, a person suffering legal wrong because of agency action, or adversely affected or aggrieved by agency action within the meaning of a relevant statute, is entitled to judicial review thereof.

24. Defendants have a statutory duty to adjudicate asylum requests within 180 days of filing pursuant to 8 U.S.C. § 1158(d)(5)(A)(iii). It has been over six years since Plaintiff submitted his I-589 Application for Asylum and Withholding of Removal and his case has still not been scheduled for an interview.

25. Plaintiff has no adequate remedy at law and will continue to suffer irreparable harm if his asylum case is not scheduled for an interview.

27. Pursuant to 28 U.S.C. § 1361, this Court has "original jurisdiction in the nature of the mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the [Plaintiffs.]"

28. Pursuant to 28 U.S.C. § 1651, this Court may issue any and all "writs necessary or appropriate in aid of [the Court's] respective jurisdiction [ ] and agreeable to the usages and principles of law."

## **CLAIM FOR RELIEF**

29. Plaintiff's claim in this action is clear and certain. Plaintiff realleges paragraphs 1 through 28, and, as if fully set forth, Plaintiff is entitled to an order in the nature of mandamus to

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 7

compel Defendants to schedule an interview for the pending I-589 Application for Asylum and Withholding of Removal.

30. As a result of Defendants' failure to perform their duties, Plaintiff has suffered, is suffering, and will continue to suffer irreparable harm. Specifically:

a. Plaintiff has been irreparably damaged from the fear of not knowing what will happen with the asylum case for over six years. Plaintiff Khalil Burhan Awad has been constantly hoping to have the case scheduled for an interview so that he could move on with his life. Because of the long wait and unknowing, Plaintiff is enduring significant psychological damage.

b. The delay is causing irreparable harm to Plaintiff who is not able to continue with his life in the United States without fear of returning to Syria, a country where he will more likely than not be persecuted, tortured, or killed.

31. The Defendants, in violation of the Administrative Procedures Act, are unlawfully withholding or unreasonably delaying action on Plaintiff Khalil Burhan Awad's asylum application, and have failed to carry out the non-discretionary adjudicative functions delegated to them by law with regard to his case.

32. The Defendants, in violation of the Administrative Procedures Act and 22 C.F.R. 42.81(a), are unlawfully withholding or unreasonably delaying action on Plaintiff Khalil Burhan Awad's I-589 Application for Asylum and Withholding of Removal and have failed to carry out the non-discretionary adjudicative functions delegated to them by law with regard to his case.

33. The duty of the Defendants is non-discretionary, ministerial, and so plainly described as to be free from doubt that mandamus is appropriate.

34. Plaintiff Khalil Burhan Awad has attempted to learn about the status of his pending Asylum and Withholding of Removal application, all to no avail. Only the Los Angeles Asylum Office is able to make decisions on the scheduling of an interview for the pending I-589 Application(s) for Asylum and Withholding of Removal, leaving no adequate remedy. Accordingly, Plaintiff has been forced to pursue the instant action.

## PRAYER

35. WHEREFORE, in view of the arguments and authorities noted herein, Plaintiff respectfully prays that the Defendants be cited to appear herein and that, upon due consideration, the Court:

    a.  Accept jurisdiction and maintain continuing jurisdiction of this action;

    b.  Declare as unlawful the violation by Defendants of failing to act on a properly filed Asylum and Withholding of Removal application;

    c.  Declare Defendants' failure to carry out the adjudicative functions delegated to them by law with regard to Plaintiff's case as agency action unlawfully withheld and unreasonably delayed, pursuant to 5 U.S.C. § 706(1);

    d.  Issue a preliminary and permanent injunction pursuant to 28 U.S.C. § 1361 and 5 U.S.C. § 706(1) compelling the Defendants to take action on Plaintiff Khalil Burhan Awad's asylum application by scheduling an asylum interview;

e. Issue a writ in the nature of mandamus pursuant to 28 U.S.C. § 1361 and 5 U.S.C. § 706(1), compelling the Defendants to take action on Plaintiff Khalil Burhan Awad's Withholding of Removal application by scheduling an asylum interview;

f. Grant attorney's fees and costs of this suit under the Equal Access to Justice Act, 28 U.S.C. § 2412;

g. Grant such other relief at law and in equity as justice may require.

Dated this January 10, 2023                    Respectfully Submitted,

                                               /s/ Salah Khitab

                                               Salah Khitab, Esq.
                                               Counsel for Plaintiff

**LIST OF EXHIBITS TO COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS AWAD v. UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.**

| Exhibit | Description | Page |
|---------|-------------|------|
| A | I-589 Application for Asylum and Withholding of Removal | 1-12 |
| B | I-797 Fingerprint Notification | 13 |

**EXHIBIT A**

Department of Homeland Security
U.S. Citizenship and Immigration Services

U.S. Department of Justice
Executive Office for Immigration Review

OMB No. 1615-0067; Expires 12/31/2016

**I-589, Application for Asylum and for Withholding of Removal**

**START HERE** - Type or print in black ink. See the instructions for information about eligibility and how to complete and file this application. There is NO filing fee for this application.

**NOTE:** Check this box if you also want to apply for withholding of removal under the Convention Against Torture. ☒

## Part A.I. Information About You

| 1. Alien Registration Number(s) (A-Number) (if any) N/A | 2. U.S. Social Security Number (if any) N/A |
|---|---|

| 3. Complete Last Name AWAD | 4. First Name KHALIL | 5. Middle Name BURHAN |
|---|---|---|

**6. What other names have you used (include maiden name and aliases)?**

**7. Residence in the U.S.** (where you physically reside)

| Street Number and Name 401 ROCKEFELLER | Apt. Number 710 |
|---|---|

| City IRVINE | State CA | Zip Code 92612 | Telephone Number ( 725 ) 6664079 |
|---|---|---|---|

**8. Mailing Address in the U.S.** (if different than the address in Item Number 7)

| In Care Of (if applicable): SONER McINTYRE GIZER ESQ | Telephone Number ( 310 ) 8553332 |
|---|---|

| Street Number and Name 8417 BEVERLY BLVD. | Apt. Number 105 |
|---|---|

| City LOS ANGELES | State CA | Zip Code 90048 |
|---|---|---|

| 9. Gender: ☒ Male ☐ Female | 10. Marital Status: ☒ Single ☐ Married ☐ Divorced ☐ Widowed |
|---|---|

| 11. Date of Birth (mm/dd/yyyy) 01/01/1997 | 12. City and Country of Birth DAMASCUS/ SYRIA |
|---|---|

| 13. Present Nationality (Citizenship) SYRIAN | 14. Nationality at Birth SYRIA | 15. Race, Ethnic, or Tribal Group WHITE, ARAB | 16. Religion SUNNI/ ISLAM |
|---|---|---|---|

**17.** Check the box, a through c, that applies: **a.** ☒ I have never been in Immigration Court proceedings.

**b.** ☐ I am now in Immigration Court proceedings.    **c.** ☐ I am not now in Immigration Court proceedings, but I have been in the past.

**18.** Complete 18 a through c.

**a.** When did you last leave your country? (mmm/dd/yyyy) 12/15/2014    **b.** What is your current I-94 Number, if any? N/A

**c.** List each entry into the U.S. beginning with your most recent entry. List date (mm/dd/yyyy), place, and your status for each entry. (Attach additional sheets as needed.)

| Date 12/15/2014 | Place | Status | Date Status Expires |
|---|---|---|---|
| Date | Place | Status | |
| Date | Place | Status | |

| 19. What country issued your last passport or travel document? SYRIA | 20. Passport Number N009168726  Travel Document Number N/A | 21. Expiration Date (mm/dd/yyyy) 05/09/2016 |
|---|---|---|

| 22. What is your native language (include dialect, if applicable)? ARABIC | 23. Are you fluent in English? ☐ Yes ☒ No | 24. What other languages do you speak fluently? N/A |
|---|---|---|

| For EOIR use only. | For USCIS use only. | Action: Interview Date: _____ Asylum Officer ID#: _____ | Decision: Approval Date: _____ Denial Date: _____ Referral Date: _____ |
|---|---|---|---|

Form I-589 (Rev. 12/29/14) Y

## Part A.II. Information About Your Spouse and Children

**Your spouse**        ☒  I am not married. (Skip to Your Children below.)

| 1. Alien Registration Number (A-Number) (if any) | 2. Passport/ID Card Number (if any) | 3. Date of Birth (mm/dd/yyyy) | 4. U.S. Social Security Number (if any) |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Maiden Name |
| 9. Date of Marriage (mm/dd/yyyy) | 10. Place of Marriage | 11. City and Country of Birth | |

| 12. Nationality (Citizenship) | 13. Race, Ethnic, or Tribal Group | 14. Gender  ☐ Male  ☐ Female |
|---|---|---|

15. Is this person in the U.S.?
    ☐ Yes (Complete Blocks 16 to 24.)  ☐ No (Specify location): _____

| 16. Place of last entry into the U.S. | 17. Date of last entry into the U.S. (mm/dd/yyyy) | 18. I-94 Number (if any) | 19. Status when last admitted (Visa type, if any) |
|---|---|---|---|
| 20. What is your spouse's current status? | 21. What is the expiration date of his/her authorized stay, if any? (mm/dd/yyyy) | 22. Is your spouse in Immigration Court proceedings?  ☐ Yes  ☐ No | 23. If previously in the U.S., date of previous arrival (mm/dd/yyyy) |

24. If in the U.S., is your spouse to be included in this application? *(Check the appropriate box.)*
    ☐ Yes (Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)
    ☐ No

**Your Children.** List all of your children, regardless of age, location, or marital status.

☒  I do not have any children. (Skip to Part A.III., Information about your background.)

☐  I have children.  Total number of children: _____

(NOTE: Use Form I-589 Supplement A or attach additional sheets of paper and documentation if you have more than four children.)

| 1. Alien Registration Number (A-Number) (if any) | 2. Passport/ID Card Number (if any) | 3. Marital Status (Married, Single, Divorced, Widowed) | 4. U.S. Social Security Number (if any) |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth (mm/dd/yyyy) |
| 9. City and Country of Birth | 10. Nationality (Citizenship) | 11. Race, Ethnic, or Tribal Group | 12. Gender  ☐ Male  ☐ Female |

13. Is this child in the U.S.?  ☐ Yes (Complete Blocks 14 to 21.)  ☐ No (Specify location): _____

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. (mm/dd/yyyy) | 16. I-94 Number (If any) | 17. Status when last admitted (Visa type, if any) |
|---|---|---|---|
| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? (mm/dd/yyyy) | 20. Is your child in Immigration Court proceedings?  ☐ Yes  ☐ No | |

21. If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*
    ☐ Yes (Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)
    ☐ No

## Part A.II. Information About Your Spouse and Children (Continued)

| 1. Alien Registration Number (A-Number) (If any) | 2. Passport/ID Card Number (if any) | 3. Marital Status (Married, Single, Divorced, Widowed) | 4. U.S. Social Security Number (if any) |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth (mm/dd/yyyy) |
| 9. City and Country of Birth | 10. Nationality (Citizenship) | 11. Race, Ethnic, or Tribal Group | 12. Gender  ☐ Male  ☐ Female |

13. Is this child in the U.S.? ☐ Yes (Complete Blocks 14 to 21.) ☐ No (Specify location):

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. (mm/dd/yyyy) | 16. I-94 Number (If any) | 17. Status when last admitted (Visa type, if any) |
|---|---|---|---|
| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? (mm/dd/yyyy) | 20. Is your child in Immigration Court proceedings? ☐ Yes  ☐ No | |

21. If in the U.S., is this child to be included in this application? (Check the appropriate box.)

☐ Yes (Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)

☐ No

| 1. Alien Registration Number (A-Number) (if any) | 2. Passport/ID Card Number (if any) | 3. Marital Status (Married, Single, Divorced, Widowed) | 4. U.S. Social Security Number (if any) |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth (mm/dd/yyyy) |
| 9. City and Country of Birth | 10. Nationality (Citizenship) | 11. Race, Ethnic, or Tribal Group | 12. Gender  ☐ Male  ☐ Female |

13. Is this child in the U.S.? ☐ Yes (Complete Blocks 14 to 21.) ☐ No (Specify location):

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. (mm/dd/yyyy) | 16. I-94 Number (If any) | 17. Status when last admitted (Visa type, if any) |
|---|---|---|---|
| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? (mm/dd/yyyy) | 20. Is your child in Immigration Court proceedings? ☐ Yes  ☐ No | |

21. If in the U.S., is this child to be included in this application? (Check the appropriate box.)

☐ Yes (Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)

☐ No

| 1. Alien Registration Number (A-Number) (if any) | 2. Passport/ID Card Number (if any) | 3. Marital Status (Married, Single, Divorced, Widowed) | 4. U.S. Social Security Number (if any) |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth (mm/dd/yyyy) |
| 9. City and Country of Birth | 10. Nationality (Citizenship) | 11. Race, Ethnic, or Tribal Group | 12. Gender  ☐ Male  ☐ Female |

13. Is this child in the U.S.? ☐ Yes (Complete Blocks 14 to 21.) ☐ No (Specify location):

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. (mm/dd/yyyy) | 16. I-94 Number (If any) | 17. Status when last admitted (Visa type, if any) |
|---|---|---|---|
| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? (mm/dd/yyyy) | 20. Is your child in Immigration Court proceedings? ☐ Yes  ☐ No | |

21. If in the U.S., is this child to be included in this application? (Check the appropriate box.)

☐ Yes (Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)

☐ No

## Part A.III. Information About Your Background

1. List your last address where you lived before coming to the United States. If this is not the country where you fear persecution, also list the last address in the country where you fear persecution. (List Address, City/Town, Department, Province, or State and Country.)
   (NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)

| Number and Street (Provide if available) | City/Town | Department, Province, or State | Country | Dates From (Mo/Yr) | To (Mo/Yr) |
|---|---|---|---|---|---|
| ARTOZ,AL JAWAL BUILD | AL SHAM | DAMASCUS | SYRIA | 07/97 | 12/14 |
| | | | | | |

2. Provide the following information about your residences during the past 5 years. List your present address first.
   (NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)

| Number and Street | City/Town | Department, Province, or State | Country | Dates From (Mo/Yr) | To (Mo/Yr) |
|---|---|---|---|---|---|
| 401 ROCKEFELLER #710 | IRVINE | CA | USA | 12/14 | PRESENT |
| ARTOZ,AL JAWAL BUILD | AL SHAM | DAMASCUS | SYRIA | 07/97 | 12/14 |
| | | | | | |
| | | | | | |

3. Provide the following information about your education, beginning with the most recent.
   (NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)

| Name of School | Type of School | Location (Address) | Attended From (Mo/Yr) | To (Mo/Yr) |
|---|---|---|---|---|
| UNIVERSITY OF CA IRVINE | UNIVERSITY ESL | 260 ALDRICH, IRVINE, CA | 06/14 | PRESENT |
| FORGAN BALESTINA | HIGHSCHOOL/MIDDLE SCHO | DOHAQATAR | 08/07 | 06/14 |
| MOADAMIA | MIDDLE SCHOOL | DAMASCUS | 08/00 | 06/07 |
| | | | | |

4. Provide the following information about your employment during the past 5 years. List your present employment first.
   (NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)

| Name and Address of Employer | Your Occupation | Dates From (Mo/Yr) | To (Mo/Yr) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

5. Provide the following information about your parents and siblings (brothers and sisters). Check the box if the person is deceased.
   (NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)

| Full Name | City/Town and Country of Birth | Current Location |
|---|---|---|
| Mother WAFAA AWAD | DAMASCUS/ SYRIA | ☐ Deceased QATAR |
| Father BURHAN AWAD | DAMASCUS/ SYRIA | ☐ Deceased QATAR |
| Sibling HADEEL AWAD | DAMASCUS/ SYRIA | ☐ Deceased QATAR |
| Sibling MUHAMMED AWAD | DAMASCUS/ SYRIA | ☐ Deceased QATAR |
| Sibling HUZAIFA AWAD | DAMASCUS/ SYRIA | ☐ Deceased QATAR |
| Sibling LEMAR  AWAD | DAMASCUS/ SYRIA | ☐ Deceased QATAR |

4

## Part B: Information About Your Application

**(NOTE:** *Use Form I-589 Supplement B, or attach additional sheets of paper as needed to complete your responses to the questions contained in Part B.)*

When answering the following questions about your asylum or other protection claim (withholding of removal under 241(b)(3) of the INA or withholding of removal under the Convention Against Torture), you must provide a detailed and specific account of the basis of your claim to asylum or other protection. To the best of your ability, provide specific dates, places, and descriptions about each event or action described. You must attach documents evidencing the general conditions in the country from which you are seeking asylum or other protection and the specific facts on which you are relying to support your claim. If this documentation is unavailable or you are not providing this documentation with your application, explain why in your responses to the following questions.

Refer to Instructions, Part 1: Filing Instructions, Section II, "Basis of Eligibility," Parts A - D, Section V, "Completing the Form," Part B, and Section VII, "Additional Evidence That You Should Submit," for more information on completing this section of the form.

1. Why are you applying for asylum or withholding of removal under section 241(b)(3) of the INA, or for withholding of removal under the Convention Against Torture? Check the appropriate box(es) below and then provide detailed answers to questions A and B below.

   I am seeking asylum or withholding of removal based on:

   | | |
   |---|---|
   | ☒ Race | ☒ Political opinion |
   | ☒ Religion | ☒ Membership in a particular social group |
   | ☒ Nationality | ☒ Torture Convention |

A. Have you, your family, or close friends or colleagues ever experienced harm or mistreatment or threats in the past by anyone?

   ☐ No    ☒ Yes

   If "Yes," explain in detail:
   1. What happened;
   2. When the harm or mistreatment or threats occurred;
   3. Who caused the harm or mistreatment or threats; and
   4. Why you believe the harm or mistreatment or threats occurred.

   > Please see declaration.

B. Do you fear harm or mistreatment if you return to your home country?

   ☐ No    ☒ Yes

   If "Yes," explain in detail:
   1. What harm or mistreatment you fear;
   2. Who you believe would harm or mistreat you; and
   3. Why you believe you would or could be harmed or mistreated.

   > Please see declaration.

## Part B. Information About Your Application (Continued)

2. Have you or your family members ever been accused, charged, arrested, detained, interrogated, convicted and sentenced, or imprisoned in any country other than the United States?

[X] No     [ ] Yes

If "Yes," explain the circumstances and reasons for the action.

```

```

3.A. Have you or your family members ever belonged to or been associated with any organizations or groups in your home country, such as, but not limited to, a political party, student group, labor union, religious organization, military or paramilitary group, civil patrol, guerrilla organization, ethnic group, human rights group, or the press or media?

[ ] No     [X] Yes

If "Yes," describe for each person the level of participation, any leadership or other positions held, and the length of time you or your family members were involved in each organization or activity.

```
Please see declaration.
```

3.B. Do you or your family members continue to participate in any way in these organizations or groups?

[ ] No     [X] Yes

If "Yes," describe for each person your or your family members' current level of participation, any leadership or other positions currently held, and the length of time you or your family members have been involved in each organization or group.

```
Please see declaration.
```

4. Are you afraid of being subjected to torture in your home country or any other country to which you may be returned?

[ ] No     [X] Yes

If "Yes," explain why you are afraid and describe the nature of torture you fear, by whom, and why it would be inflicted.

```
Please see declaration.
```

## Part C. Additional Information About Your Application

(**NOTE:** *Use Form I-589 Supplement B, or attach additional sheets of paper as needed to complete your responses to the questions contained in Part C.*)

1. Have you, your spouse, your child(ren), your parents or your siblings ever applied to the U.S. Government for refugee status, asylum, or withholding of removal?

   ☒ No        ☐ Yes

   If "Yes," explain the decision and what happened to any status you, your spouse, your child(ren), your parents, or your siblings received as a result of that decision. Indicate whether or not you were included in a parent or spouse's application. If so, include your parent or spouse's A-number in your response. If you have been denied asylum by an immigration judge or the Board of Immigration Appeals, describe any change(s) in conditions in your country or your own personal circumstances since the date of the denial that may affect your eligibility for asylum.

   [blank box]

2.A. After leaving the country from which you are claiming asylum, did you or your spouse or child(ren) who are now in the United States travel through or reside in any other country before entering the United States?

   ☒ No        ☐ Yes

2.B. Have you, your spouse, your child(ren), or other family members, such as your parents or siblings, ever applied for or received any lawful status in any country other than the one from which you are now claiming asylum?

   ☒ No        ☐ Yes

   If "Yes" to either or both questions (2A and/or 2B), provide for each person the following: the name of each country and the length of stay, the person's status while there, the reasons for leaving, whether or not the person is entitled to return for lawful residence purposes, and whether the person applied for refugee status or for asylum while there, and if not, why he or she did not do so.

   [blank box]

3. Have you, your spouse or your child(ren) ever ordered, incited, assisted or otherwise participated in causing harm or suffering to any person because of his or her race, religion, nationality, membership in a particular social group or belief in a particular political opinion?

   ☒ No        ☐ Yes

   If "Yes," describe in detail each such incident and your own, your spouse's, or your child(ren)'s involvement.

   [blank box]

7

**Part C. Additional Information About Your Application (Continued)**

4. After you left the country where you were harmed or fear harm, did you return to that country?

☒ No    ☐ Yes

If "Yes," describe in detail the circumstances of your visit(s) (for example, the date(s) of the trip(s), the purpose(s) of the trip(s), and the length of time you remained in that country for the visit(s).)

5. Are you filing this application more than 1 year after your last arrival in the United States?

☐ No    ☒ Yes

If "Yes," explain why you did not file within the first year after you arrived. You must be prepared to explain at your interview or hearing why you did not file your asylum application within the first year after you arrived. For guidance in answering this question, see Instructions, Part 1: Filing Instructions, Section V. "Completing the Form," Part C.

> I am on a valid F-1 student visa. In the last few months, the conditions/ civil war in Syria had escalated to the extremely dangerous levels that triggered me seeking safety in USA now.

6. Have you or any member of your family included in the application ever committed any crime and/or been arrested, charged, convicted, or sentenced for any crimes in the United States?

☒ No    ☐ Yes

If "Yes," for each instance, specify in your response: what occurred and the circumstances, dates, length of sentence received, location, the duration of the detention or imprisonment, reason(s) for the detention or conviction, any formal charges that were lodged against you or your relatives included in your application, and the reason(s) for release. Attach documents referring to these incidents, if they are available, or an explanation of why documents are not available.

## Part D. Your Signature

I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it are all true and correct. Title 18, United States Code, Section 1546(a), provides in part: Whoever knowingly makes under oath, or as permitted under penalty of perjury under Section 1746 of Title 28, United States Code, knowingly subscribes as true, any false statement with respect to a material fact in any application, affidavit, or other document required by the immigration laws or regulations prescribed thereunder, or knowingly presents any such application, affidavit, or other document containing any such false statement or which fails to contain any reasonable basis in law or fact - shall be fined in accordance with this title or imprisoned for up to 25 years. I authorize the release of any information from my immigration record that U.S. Citizenship and Immigration Services (USCIS) needs to determine eligibility for the benefit I am seeking.

**WARNING:** Applicants who are in the United States illegally are subject to removal if their asylum or withhold an asylum officer or an immigration judge. Any information provided in completing this application may be used institution of, or as evidence in, removal proceedings even if the application is later withdrawn. Applicants determined to have knowingly made a frivolous application for asylum will be permanently ineligible for any benefits under the Immigration and Nationality Act. You may not avoid a frivolous finding simply because someone advised you to provide false information in your asylum application. If filing with USCIS, unexcused failure to appear for an appointment to provide biometrics (such as fingerprints) and biographical information within the time allowed may result in an asylum officer dismissing your asylum application or referring it to an immigration judge. Failure without good cause to provide DHS with biometrics or other biographical information while in removal proceedings may result in your application being found abandoned by the immigration judge. See sections 208(d)(5)(A) and 208(d)(6) of the INA and 8 CFR sections 208.10, 1208.10, 208.20, 1003.47(d) and 1208.20.

| Print your complete name. | Write your name in your native alphabet. |
|---|---|
| KHALIL BURHAN AWAD | خليل برهان عواد |

Did your spouse, parent, or child(ren) assist you in completing this application?  ☒ No  ☐ Yes *(If "Yes," list the name and relationship.)*

|               |                  |              |                  |
|---------------|------------------|--------------|------------------|
| *(Name)*      | *(Relationship)* | *(Name)*     | *(Relationship)* |

Did someone other than your spouse, parent, or child(ren) prepare this application?  ☐ No  ☒ Yes *(If "Yes," complete Part E.)*

Asylum applicants may be represented by counsel. Have you been provided with a list of persons who may be available to assist you, at little or no cost, with your asylum claim?  ☐ No  ☒ Yes

Signature of Applicant *(The person in Part A.I.)*

[　　　　　　　　　　　　　]    07/09/2015

Sign your name so it all appears within the brackets    Date *(mm/dd/yyyy)*

## Part E. Declaration of Person Preparing Form, if Other Than Applicant, Spouse, Parent, or Child

I declare that I have prepared this application at the request of the person named in Part D, that the responses provided are based on all information of which I have knowledge, or which was provided to me by the applicant, and that the completed application was read to the applicant in his or her native language or a language he or she understands for verification before he or she signed the application in my presence. I am aware that the knowing placement of false information on the Form I-589 may also subject me to civil penalties under 8 U.S.C. 1324c and/or criminal penalties under 18 U.S.C. 1546(a).

| Signature of Preparer | Print Complete Name of Preparer |
|---|---|
|  | SONER MCINTYRE GIZER |

| Daytime Telephone Number | Address of Preparer: Street Number and Name | | |
|---|---|---|---|
| ( 323 ) 855-3332 | 8417 BEVERLY BLVD. | | |

| Apt. Number | City | State | Zip Code |
|---|---|---|---|
| 105 | LOS ANGELES | CA | 90048 |

## Part F. To Be Completed at Asylum Interview, if Applicable

**NOTE:** *You will be asked to complete this part when you appear for examination before an asylum officer of the Department of Homeland Security, U.S. Citizenship and Immigration Services (USCIS).*

I swear (affirm) that I know the contents of this application that I am signing, including the attached documents and supplements, that they are ☐ all true or ☐ not all true to the best of my knowledge and that correction(s) numbered _____ to _____ were made by me or at my request. Furthermore, I am aware that if I am determined to have knowingly made a frivolous application for asylum I will be permanently ineligible for any benefits under the Immigration and Nationality Act, and that I may not avoid a frivolous finding simply because someone advised me to provide false information in my asylum application.

Signed and sworn to before me by the above named applicant on:

_____
Signature of Applicant

_____
Date *(mm/dd/yyyy)*

_____
Write Your Name in Your Native Alphabet

_____
Signature of Asylum Officer

## Part G. To Be Completed at Removal Hearing, if Applicable

**NOTE:** *You will be asked to complete this Part when you appear before an immigration judge of the U.S. Department of Justice, Executive Office for Immigration Review (EOIR), for a hearing.*

I swear (affirm) that I know the contents of this application that I am signing, including the attached documents and supplements, that they are ☐ all true or ☐ not all true to the best of my knowledge and that correction(s) numbered _____ to _____ were made by me or at my request. Furthermore, I am aware that if I am determined to have knowingly made a frivolous application for asylum I will be permanently ineligible for any benefits under the Immigration and Nationality Act, and that I may not avoid a frivolous finding simply because someone advised me to provide false information in my asylum application.

Signed and sworn to before me by the above named applicant on:

_____
Signature of Applicant

_____
Date *(mm/dd/yyyy)*

_____
Write Your Name in Your Native Alphabet

_____
Signature of Immigration Judge

10

# Declaration

I am Khalil  Burhan Awad ,I'm writing to express myself and what happened to me since I was born .

I was born in Damascus I am Khalil  Burhan Awad ,I'm writing to express myself and what happened to me since I was born .

I was born in Damascus on 1-1-1997 from Syrian parents.

I remained in Damascus until the age of 12, and then I moved to live Qatar because my dad got a job there .after 2 years my dad had to go back to Syria. Qatar refuses to give citizenship to my father and to anyone in my family. We were allowed visas for short times. The polic warned us that there are too many Syrians in Qatar and that we all have to move back to Syria.

In Syria there a civil war which destroyed everything we have.

Such as our house, school, and my relatives houses also destroyed.

There are many reasons I can narrate .firstly ,let me describe my damaged school where I was studying .it is in the most crucial fighting area between the regime army and free army , in addition to that the involvement of ISIS  and al nossra front in the fight .

In the area where I live (ARTOZ) many building were destroyed because of bombs ,rockets, and heavy weapons .as well as my family and relatives live there (ARTOZ) we were affected badly when many bombs hit our house .and the terrorists and government soldiers stole the rest of the equipments  in the house ,and we couldn't go back to fix it.also the bombs damaged the dream house of my relative (Hassan hamad )

Also many bombs hit and destroyed my grandfather house.

Also one of my neighbor was killed by sniper his name is (Mohammad Thalji 33 years old )

On other hand I have been living in the USA since 6 months learning the English language and my Qatari visa has expired and I cannot get a new Qatari Visa so I can't go back to Qatar .I'm the only provider for my 2 brothers and 2 sisters .

This is what make me to write my story because can't go back to Syria due to the military service and because what I always write on the social media ,my cousin Ammar awad run away from Syria to Netherlands  just because he wrote on the internet

Because of the multiplicity of sects in Syria and after the ISIS ruined the image of Islam It may be a danger to my life to live in DAMASCUS.on 1-1-1997 from Syrian parents.

I remained in Damascus until the age of 12, and then I stayed temporarily in Qatar. after 2 years my dad was forced to go back Syria.

In Syria there a civil war which destroyed everything we have.

Such as our house, school, and my relatives houses also destroyed.

There are many reasons I can narrate .firstly ,let me describe my damaged school where I was studying .it is in the most crucial fighting area between theregime army and free army , in addition to that the involvement of ISIS  and alnossra front in the fight .

In the area where I live (ARTOZ) many building were destroyed because of bombs ,rockets, and heavy weapons .as well as my family and relatives live there (ARTOZ) we were affected badly when many bombs hit our house .and the robbersstole the rest of the equipments  in the house ,and we couldn't

11

go back to fix it.also the bombs damaged the dream house of my relative (Hassan Hamad ) and my cousin's aunt died by bullet came when the government soldiers and the terrorist was fighting .

Also many bombs hit and destroyed my grandfather house and because my grandmother was there and her old in 70s  her Psychological is very bad .Moreover , my uncle's house (Tayseer Awad ) was also bombed and he left his house .

Also one of my neighbor was killed by sniper his name is (Mohammad Thalji 33 years old )

On other hand I have been living in the USA since 6 months learning the English language and my Qatari visa has expired so I can't go back to Qatar. I'm the only provider for my 2 brothers and 2 sisters ,and no on support me with the cost living in California .

This is what make me to write my story because can't go back to Syria due to the military service and because what I always write on the social media I was always talking about the president Bashar alassad you should leave and go away but my cousins always call me to delete everything about that because the police is looking for me. I also got in trouble in Qatar for writing facebook about how isis and fundamental moslims destroy Syria . Police in qatar was upset for my social media activities. also, my cousin Ammar awad run away from Syria to Netherlands  just because he also wrote on the internet

Because of the multiplicity of sects in Syria and after the ISIS ruined life in Syria. It is a danger to my life to live in DAMASCUS. I testify that my above declaration is true and correct under the penalty of perjury .


Khalil AWad

8/7/2015

**EXHIBIT B**

Department of Homeland Security
U.S. Citizenship and Immigration Services

Form I-797C, Notice of Action

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Fingerprint Notification | | | NOTICE DATE September 05, 2015 |
|---|---|---|---|
| CASE TYPE I589    Application For Asylum | | | USCIS A# A 208 329 367 |
| RECEIPT NUMBER ZLA1500144190 | RECEIVED DATE September 03, 2015 | PRIORITY DATE September 03, 2015 | PAGE 1 of 1 |

APPLICANT NAME AND MAILING ADDRESS
KHALIL BURHAN AWAD
c/o SONER M GIZER
THE LAW OFFICES OF SONER GIZER
8417 BEVERLY BLVD STE 105
LOS ANGELES CA 90048



ılılıllıılıllıllılıllılı

You have been scheduled to appear at the below USCIS Application Support Center (ASC) to be fingerprinted and photographed (biometrics collection) during the 14-day period specified below. Completion of background identity and security checks is required in order to process your application.

| Address | 14-Day Period | Hours of Operation CLOSED ON FEDERAL HOLIDAYS |
|---|---|---|
| USCIS SANTA ANA 1666 N. MAIN ST. SUITE 100A SANTA ANA CA 927017417 | 09/08/2015 to 09/22/2015 | Sat - Sun  Closed Mon - Fri 8am-3pm |

Failure to appear as scheduled for fingerprinting and biometrics collection during the 14-Day period may delay eligibility for work authorization and/or result in an asylum officer dismissing your asylum application, and/or referring it to an Immigration Judge.

When you appear for fingerprinting and biometrics collection, you MUST BRING THIS LETTER. Even if you are scheduled at the same time as your family members, each individual must bring his or her own notice. **If you do not bring this letter, you will not be able to have your fingerprints taken. This may cause a delay in the processing of your application and your eligibility for work authorization. You should also bring** photo identification such as a passport, valid driver's license, national ID, military ID, State-issued photo ID, or USCIS-issued photo ID. If you do not have any photo identification, please expect a minor delay, as you will need to be interviewed by a USCIS officer regarding your identity. **Note: Asylum applicants are not required to present identification documents in order to have fingerprints and biometrics collected.**

Please note that the staff at the ASC will not be able to answer any questions about the status of your application. We appreciate your patience during the process.

Pursuant to Section 265 of the Immigration and Nationality Act, you are required to notify the USCIS, in writing, of any address changes, within 10 days of such change. If you were placed in removal proceedings before an Immigration Judge, you are also required to notify the Immigration Court having jurisdiction over your case of any change of address within 5 days of such change, on Form EOIR-33. Include your name, signature, address, and USCIS A# on any written notice of change of address. The USCIS will use the last address you provided for all correspondence, and you are responsible for the contents of all USCIS correspondence sent to that address. Failure to provide your current address as required may result in dismissal or referral of your asylum application, institution of removal proceedings, the entry of a removal order in your absence if you fail to appear for a hearing before an immigration judge, and removal from the United States. If you have any questions or comments regarding the status of your application, please contact the office with jurisdiction over your application.

| If you have any questions regarding this notice, please call 1-800-375-5283. | REPRESENTATIVE COPY  |
|---|---|

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C  07/11/14  Y